IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL BLOOM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:24-44 |
| FREDERICK J. AMMERMAN, et al., | ) Judge Nora Barry Fischer |
| | ) Magistrate Judge Keith A. Pesto |
| Defendants. | ) |

**MEMORANDUM ORDER**

AND NOW, this 30th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on March 1, 2024, (Docket No. 4), recommending after screening under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), that Plaintiff Carl Bloom's Complaint be dismissed for failure to state a claim and that leave to amend be denied as any amendment of the deficient claims alleged against Defendants would be futile as the Hon. Frederick Ammerman of the Court of Common Pleas of Clearfield County is immune from suit and Plaintiff has failed to state plausible claims against the remaining Defendants including Prothonotary Brian K. Spencer, Clearfield Probation Department, Clearfield County and Head of Probation Zachary Monroe, and further directing that objections by non-ECF users such as Plaintiff were due by March 18, 2024, and no objections having been filed by the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's March 1, 2024 Report and Recommendation, (Docket No. 4), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint [3] is dismissed, with prejudice, and leave to amend is denied, as futile, *see Grayson v. Mayview State Hospital*, 293 F.3d 103 (3d Cir. 2002); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:     Carl Bloom QM-6648
        S.C.I. Huntingdon
        1100 Pike Street
        Huntingdon, PA 16652 (via first class mail)